UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST BILLIZONE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5928** |
| **LOUISIANA DEPARTMENT OF PROBATION AND PAROLE et al** | **SECTION: "G"(4)** |

# ORDER

Before the Court is Plaintiff's "Rehearing on Motion for Oral Arguments on Motion of Clarification Showing How La. Rev. Statute 15:571.3 Runs Afoul of Constitution."[1] Plaintiff's "Motion for Clarification" was set for submission on August 6, 2014.[2] Plaintiff argues the denial of his original request for oral argument was a denial of his constitutional rights.[3]

Pursuant to Local Rules 7.2 "[n]o oral argument, in-court presentation or live hearing concerning contested motions will be conducted on the submission date, except when requested in accordance with Local Rule 78.1 or if ordered by the court." Local Rule 78.1 provides:

> Any party seeking oral argument must file either contemporaneously with the filing of the motion or opposition memorandum to a motion, a separate written request for oral argument. Oral argument will be permitted in such cases without further order from the court, unless the court advises the parties, as soon as practicable, that the request for oral argument is denied.

After a review of the briefings, the Court finds that it has sufficient information to determine the motion and that oral argument on this motion is unnecessary. Accordingly,

---

[1] Rec. Doc. 45.

[2] Rec. Doc. 38.

[3] Rec. Doc. 45.

**IT IS HEREBY ORDERED** that Plaintiff's Request for Oral Argument is **DENIED**.

**NEW ORLEANS, LOUISIANA,** this 22nd day of August, 2014.

_____<br>
NANNETTE JOLIVETTE BROWN<br>
UNITED STATES DISTRICT JUDGE